UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-81467-CV-MIDDLEBROOKS

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

Plaintiff(s)

vs.

THINGS REMEMBERED, INC.,

Defendant(s).
_______________________________________/

**ORDER SETTING TRIAL DATE AND SCHEDULING CONFERENCE**

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Trial before the Honorable Donald M. Middlebrooks, United States District Judge, at United States District Court at 701 Clematis Street, Second Floor, Courtroom 7, West Palm Beach, Florida, **during the two-week trial period commencing July 10, 2017 at 9:00 a.m.**, or as soon thereafter as the case may be called. **A scheduling conference is scheduled for October 21, 2016 at 10:00 am.** PLEASE TAKE FURTHER NOTICE that a **Status Conference/Calendar Call will be held on Wednesday, July 5, 2017 at 1:15 p.m.** **ALL COUNSEL MUST BE PRESENT**. The Court notes that this is an extended trial schedule.

1. **JURY TRIALS**

On or before the date of the Status Conference, counsel shall submit proposed jury instructions with the substantive charges and defenses, verdict forms, and motions in limine, if any. Jury instructions shall be filed with the Clerk and a copy shall be submitted in **Word format** directly to middlebrooks@flsd.uscourts.gov. To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit

Pattern Jury Instruction upon which their instruction is modeled. All other instructions shall include citations to relevant supporting case law.

2. **BENCH TRIALS**

In cases tried before the Court, each party shall file at least ONE WEEK prior to the beginning of the trial calendar, the proposed Findings of Fact and Conclusions of Law. An additional copy shall be sent in WordPerfect format to the chambers e-mail account listed above. Prior to **any** trial, counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits. All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number.

3. **SCHEDULING CONFERENCE**

A scheduling conference will be held for the purpose of setting pre-trial deadline dates, discussion of the Cameras in the Courtroom Pilot Project, for determining possible consent to the jurisdiction of the Magistrate Judge for trial, and for the purpose of setting any settlement conferences in lieu of or in addition to mediation if the parties so request. All counsel of record will be required to attend this conference. Prior to the scheduling conference, the Parties must submit a Conference Report and Joint Proposed Scheduling Order in accordance with Local Rule 16.1(b). **Further, any request to modify the above-set trial date must be made prior to the Scheduling Conference. The foregoing does not preclude consideration of a prompt motion to modify the trial date for good cause shown by a party joined in the litigation after the Scheduling Conference has occurred.**

4. **COURTESY COPIES:** Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's Office all motions exceeding twenty-five pages. This copy shall be bound and any attachments and/or appendices must be indexed with tabs.

5. **PROPOSED ORDERS:** Pursuant to the CM/ECF Administrative Procedures, counsel shall send proposed orders in Word format for ALL motions directly to middlebrooks@flsd.uscourts.gov.

**DONE AND ORDERED**, in Chambers, at West Palm Beach, Florida, this 21st day of September, 2016.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record